

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2016

No. 04-15-00461-CV

**ESTATE OF WILLIAM H. MATTHEWS, III**, Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2415
Honorable Kelly Cross, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Jason K. Pulliam, Justice

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court